**Opinion filed October 17, 2024**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-17-00339-CV**

_____

**COLIN O'KROLEY, Appellant**

**V.**

**SHERWIN-WILLIAMS COMPANY INC. (AN OHIO CORPORATION), Appellee**

---

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-131,720**

---

**M E M O R A N D U M   O P I N I O N**

Appellant, Colin O'Kroley, filed a premature pro se notice of appeal on December 11, 2017. We abated the appeal to permit the trial court to enter a final appealable order or judgment. We reinstated the case on April 30, 2024, upon receipt of three documents from the trial court clerk entitled: (1) Joint Notice of Settlement; (2) Joint Motion to Dismiss with Prejudice; and (3) Order of Dismissal with Prejudice. According to those filings, the parties agreed to a settlement, and the trial

court granted their joint motion to dismiss the case, thereby resolving the lawsuit. On April 30, June 4, and July 19, the clerk of this court requested that Appellant verify whether "the lawsuit has truly been resolved," informing him that, if so, "a motion to dismiss the appeal would be appropriate."

On September 10, 2024, we received a "Joint Stipulation of Dismissal" confirming that the parties reached a settlement on March 25, and requesting that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). An attorney executed the Joint Stipulation of Dismissal on behalf of Appellant. Acting pro se, Appellant later sent an e-mail to the clerk of this court on September 17 in which he asked a question about the attorney that executed the Joint Stipulation of Dismissal, expressed concerns regarding the settlement, and suggested that he wished to pursue this appeal. We instructed Appellant to respond to the Joint Stipulation of Dismissal by October 4, 2024, and further informed him that we could not provide legal advice. We also forwarded Appellant's correspondence to Appellee and Appellant's counsel of record, and requested responses by September 27. Our requests have gone unanswered.

Accordingly, we grant the parties' agreed motion and dismiss this appeal.


JOHN M. BAILEY
CHIEF JUSTICE

October 17, 2024

Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.[1]

Trotter, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.